UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA RENEE DEAKIN,<br><br>              Plaintiff,<br><br>     v.<br><br>HERMAN PEARL COMPANY, et al.,<br><br>              Defendants. | CASE NO. 2:25-cv-00839-JHC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff filed a complaint against Defendants alleging violation of Title VII and the Americans with Disability Act. The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide Plaintiff and the assigned District Judge with a copy of this Order.

DATED this 7th day of May, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge