UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA RENEE DEAKIN,<br><br>Plaintiff,<br><br>v.<br><br>HERMAN PEARL COMPANY d/b/a ANDOVER BRANDS,<br><br>Defendant. | CASE NO. 25-cv-00839-JHC<br><br>ORDER |

    This matter comes before the Court on Plaintiff's Application for Court-Appointed Counsel in Title VII Action.  Dkt. # 6.  On June 11, 2025, the Court directed the Clerk to identify counsel from the Pro Bono Panel willing to represent Plaintiff in this action.  Dkt. # 11.  Two such attorneys have now been identified.

    Accordingly, the Court appoints Anita Khandelwal (anita.khandelwal@pacificalawgroup.com) and Galen Knowles (galen.knowles@pacificalawgroup.com) of Pacifica Law Group LLP, 401 Union St, Ste 1600, Seattle, WA 98101, as counsel for Plaintiff pursuant to the Amended Plan of the United States

ORDER - 1

District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order 07-23 (Sept. 8, 2023).

Counsel is directed to file Notices of Appearance **on or before July 9, 2025**. If counsel is unable to assume this representation, they should immediately file a motion for relief from appointment. In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court, however, is unable to assure counsel compensation from any other source.

The Clerk is directed to send a copy of this Order to Plaintiff, to Plaintiff's appointed counsel, and counsel for Defendant.

Dated this 2nd day of July, 2025.

John H. Chun
United States District Judge

ORDER - 2