UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA RENEE DEAKIN,<br><br>            Plaintiff,<br>v.<br><br>HERMAN PEARL COMPANY, et al.<br><br>            Defendant. | No. 2:25-cv-00839-JHC<br><br>STIPULATED MOTION AND ORDER TO SET PLEADING SCHEDULE |

The parties to this litigation, by and through their counsel, have conferred and stipulate to the below pleading schedule in this case. In support of the foregoing request for relief, Plaintiff and Defendants state as follows:

1. Plaintiff Jessica Deakin filed this case pro se on May 6, 2025. Dkt. 1.

2. On July 2, 2025, the Court appointed undersigned counsel for Plaintiff to represent Ms. Deakin. Dkt. 13.

3. Defendants have not yet filed an answer to the Complaint.

4. On July 28, 2025, counsel conferred and agreed that good cause supports waiving Defendants' need to answer the Complaint filed May 6, 2025, and also supports Plaintiff's filing of an amended complaint.

Accordingly, the parties stipulate and agree that Defendants do not owe an answer to the Complaint filed May 6, 2025, and that Plaintiff shall file an amended complaint no later than September 26, 2025.

STIPULATED MOTION AND ORDER TO SET
PLEADING SCHEDULE - 1
2:25-cv-00839-JHC

1     STIPULATED to this 30th day of July, 2025.

| PACIFICA LAW GROUP LLP | VANDEBERG JOHNSON GANDARA PS |
|---|---|
| *s/ Anita Khandelwal* | [Signature included at Dkt. # 16.] |
| Anita Khandelwal, WSBA #41385 | Daniel C. Montopoli, WSBA # 26217 |
| Galen Knowles, WSBA #59644 | Nathan L. Schmutz, WSBA #59854 |
| Attorneys for Plaintiff | Attorneys for Defendants |

STIPULATED MOTION AND ORDER TO SET
PLEADING SCHEDULE - 2
2:25-cv-00839-JHC

**ORDER**

IT IS SO ORDERED that this Stipulated Motion to Set Pleading Schedule is GRANTED. Defendants do not owe an answer to the Complaint, and Plaintiff shall file an amended complaint no later than September 26, 2025.

DATED this 31st day of July, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
SET PLEADING SCHEDULE
2:25-cv-00839-JHC