UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA RENEE DEAKIN,<br><br>               Plaintiff,<br>v.<br><br>HERMAN PEARL COMPANY, et al.<br><br>               Defendant. | No. 2:25-cv-00839-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURE DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>September 8, 2025 |

The parties to this litigation, by and through their counsel, have conferred and stipulate to an extension of the initial disclosure deadline from September 8 to September 15. In support of the foregoing request for relief, Plaintiff and Defendants state as follows:

1. The current deadline for the parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is September 8, 2025. Dkt. 19.

2. The parties are currently engaged in early settlement discussions that could permit resolution of this matter without further expenditure of resources.

3. Accordingly, good cause exists for a one-week extension of the initial disclosure deadline from September 8 to September 15, 2025.

STIPULATED to this 8th day of September, 2025.

| PACIFICA LAW GROUP LLP | VANDEBERG JOHNSON GANDARA PS |
|---|---|
| *s/ Anita Khandelwal* | *s/ Nathan L. Schmutz* |
| Anita Khandelwal, WSBA #41385 | Daniel C. Montopoli, WSBA # 26217 |
| Galen Knowles, WSBA #59644 | Nathan L. Schmutz, WSBA #59854 |
| Attorneys for Plaintiff | Attorneys for Defendants |

STIPULATED MOTION AND ORDER TO EXTEND
INITIAL DISCLOSURE DEADLINE - 2
2:25-cv-00839-JHC

**ORDER**

IT IS SO ORDERED that this Stipulated Motion to Extend Initial Disclosure Deadline is GRANTED. The initial disclosure deadline is extended from September 8 to September 15, 2025.

DATED this 9th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge